STOWE *v.* BIRMINGHAM TRUST & SAVINGS Co., trustee.

HINES, J.    1.   The levy of a municipal tax execution for $53.55 upon a described tract of land in a city, which was composed of two adjoining lots, one of which was of the value of $450 and the other of the value of $950, and either of which could have been sold separately, was excessive and void, and in consequence thereof a sale of such tract under such levy was void. *Stark* v. *Cummings,* 127 *Ga.* 107 (56 S. E. 130) ; *Williams* v. *Forman,* 158 *Ga.* 89 (123 S. E. 20) ; *Planters Bank* v. *Georgia Loan & Trust Co.,* 160 *Ga.* 107 (127 S. E. 413).

2. It follows that, in a claim case in which the claimant asserts title to such land under a deed based on such tax sale, the court did not err in directing a verdict against the claimant, finding the land subject to the levy of an execution which was issued upon a judgment obtained by the plaintiff therein against the defendant in said tax fi. fa.

*Judgment affirmed. All the Justices concur.*

No. 5012.   DECEMBER 17, 1925.

Claim. Before Judge Highsmith. Wayne superior court. June 13, 1925.

*Clark & Gibbs* and *James R. Thomas & Son,* for plaintiff in error.

*J. H. Thomas,* contra.

---

Executions 23 C. J. p. 604, n. 58.
Municipal Corporations 28 Cyc. p. 1721, n. 59, New, 71.